UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 8:20-cv-01383-JFW-KESx                          Date: December 5, 2024

Title: Ahmed Al Bakry v. Al H. Zadeh, et al.

PRESENT:

THE HONORABLE U.S. MAGISTRATE JUDGE KAREN E. SCOTT

| Jazmin Dorado | n/a |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (In Chambers):** Order to Show Cause why Defendant Zadeh and Attorney Petersen Should Not be Sanctioned for Violating a Court Order

On November 7, 2024, the Court issued a discovery order that included an order that "Defendant Zadeh and Attorney Petersen, jointly and severally, to pay $15,499.00 to BERSTEIN LAW, PC. The payment must be made on or before December 2, 2024." (Dkt. 102.) No one appealed the Magistrate Judge's order. Fed. R. Civ. P. 72.

On December 3, 2024, Plaintiff's counsel filed a declaration stating that his law firm had not received payment. (Dkt. 105.) Therefore, Defendant Zadeh and Attorney Petersen are ordered to show cause, if any they have, why they should not be further sanctioned for violating the Court's order. Fed. R. Civ. P. 37(b). They are both ordered to appear in person in Courtroom 6D on December 12, 2024 at 9:30 am to show cause. Attorney Petersen must appear even if Defendant Zadeh has retained new counsel.

MINUTES FORM 11                                                   Initials of Deputy Clerk JD
CIVIL-GEN