UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **SA CV 20-1383-JFW(KESx)**                                            Date:  January 6, 2026

Title:     Ahmed Al Bakry -v- Al H. Zadeh, et al.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**                **ATTORNEYS PRESENT FOR DEFENDANTS:**
None                                                                                   None

**PROCEEDINGS (IN CHAMBERS):**    **ORDER STRIKING JOINT SET OF PROPOSED JURY INSTRUCTIONS, JOINT MEMORANDUM OF DISPUTED JURY INSTRUCTIONS, AND JOINT VERDICT FORM [filed 1/5/26; Docket Nos. 186, 199, 200, and 201];**

**ORDER TO SHOW CAUSE RE: SANCTIONS**

The Court has reviewed the Pretrial Documents filed by the parties on January 5, 2026. The parties' Joint Set of Proposed Jury Instructions found at Docket No. 186 are only signed by Plaintiff's counsel and appear to be superseded by the parties' Joint Set of Proposed Jury Instructions found at Docket No. 200, which are signed by all counsel.  Accordingly, Docket No. 186 is **STRICKEN**.  In addition, Docket No. 200 fails to comply with paragraph 6(f) of the Court's Amended Scheduling and Case Management Order (Docket No. 137) ("Amended CMO"), which requires, for example, that the proposed jury instructions be "arranged in a logical sequence with each instruction sequentially numbered" and "identified as 'Stipulated Instruction No. __ Re _____,' with the blanks filled in as appropriate."  As a result, Docket No. 200 is **STRICKEN** for failure to comply with the Court's Amended CMO.  Moreover, the parties' Joint Memorandum of Disputed Jury Instructions (Docket No. 199) is not properly listed on the docket and, as a result, it is **STRICKEN**.  Finally, the parties' Joint Verdict Form (Docket No. 201) fails to comply with paragraph 6(f) of the Court's Amended CMO and, as a result, it is **STRICKEN**.

The parties are ordered to show cause, in writing, on or before **January 8, 2026**, why sanctions in the amount of $1,500.00 should not be imposed against each party for failure to comply with the Amended CMO.  In addition, the parties are ordered to file revised Joint Jury Instructions, Joint Memorandum of Disputed Jury Instruction, and Joint Verdict Form that fully comply with the Court's Amended CMO on or before **January 8, 2026**.

      No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the imposition of sanctions.

      IT IS SO ORDERED.