**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | |
|---|---|
| Case No.   **SA CV 20-1383-JFW(KESx)** | Date:  January 8, 2026 |

Title:     Ahmed Al Bakry -v- Al H. Zadeh, et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**       **ATTORNEYS PRESENT FOR DEFENDANTS:**
　　　　　　　None　　　　　　　　　　　　　　　　　　　　　None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE**

　　　Counsel violated this Court's Amended Standing Order and Amended Scheduling and Case Management Order ("Amended CMO") by failing to timely deliver courtesy copies of the pretrial documents filed by the parties.  Accordingly, counsel are ordered to show cause, in writing, on or before January 9, 2026, why this Court should not impose sanctions on counsel in the amount of $1,500.00 for their violation of the Court's Amended Standing Order and Amended CMO.  In addition, counsel are ordered to deliver courtesy copies of all pretrial documents by 4:00 p.m. on January 9, 2026.

　　　No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15.  The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the imposition of sanctions.

　　　IT IS SO ORDERED.