David A. Berstein (State Bar No. 204472)
J. R. Dimuzio (State Bar No. 299803)
Kia Mojabe (State Bar No. 336063)
BERSTEIN LAW, PC
4000 MacArthur Boulevard, Suite 600 East Tower
Newport Beach, California 92660
Tel.  949-783-4210
E-mails: david@bersteinlaw.com; jr@bersteinlaw.com; kia@bersteinlaw.com

*Attorneys for Plaintiff and Counter-Defendant Ahmed Al Bakry*

Jazmyne D. Alverson (State Bar No. 338259)
JAZMYNE D. ALVERSON LAW OFFICE, PC
1100 Town and Country Road, Suite 1250
Orange, California 92868
Tel. 909-235-9001
E-mail: Jazmyne@jdalawoffice.com

Patricia Rodriguez (State Bar No. 270639)
RODRIGUEZ LAW GROUP, INC.
1055 East Colorado Boulevard, Suite 500
Pasadena, California 91106
Tel. 626-888-5206
Email: prod@attorneyprod.com

*Attorneys for Defendants Al H. Zadeh, MEGA Engineering Vehicles, Inc., and Defendant and Counterclaimant Newport Specialty Cars Inc.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

|  |  |
|---|---|
| AHMED AL BAKRY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AL H. ZADEH, an individual; NEWPORT SPECIALTY CARS INC., a California corporation; MEGA ENGINEERING VEHICLES, Inc., a California corporation; NEWPORT CONVERTIBLE ENGINEERING | Case No.: 8:20-cv-01383-JFW (KESx)<br>Assigned to: Honorable John F. Walter<br>Magistrate Judge Karen E. Scott<br><br>**JOINT VERDICT FORM**<br><br>**Pre-Trial Conference:** January 23, 2026<br>**Trial:** February 10, 2026 |

INC., a California corporation; and
DOES 1 – 10,

        Defendants.

NSC NEWPORT SPECIALTY
CARS INC.,

        Counterclaimant,

v.

AHMED AL BAKRY

        Counter-Defendant.

# TABLE OF CONTENTS

| Description | Page |
|---|---|
| **VF-300. Breach of Contract** | 6 |
| **VF-303. Breach of Contract—Contract Formation at Issue** | 9 |
| **VF-304. Breach of Implied Covenant of Good Faith and Fair Dealing** | 12 |
| **VF-1900. Intentional Misrepresentation** | 15 |
| **VF-1902. False Promise** | 18 |
| **VF-2100. Conversion** | 21 |

**JOINT VERDICT FORM**

| | |
|---|---|
| **VF-2202.  Intentional  Interference  With  Prospective Economic Relations** | 23 |
| **Violation of California Business and Professions Code §§ 17200, _et seq._** | 26 |
| **Violation of California Business and Professions Code §§ 17500, _et seq._** | 28 |
| **Breach of Contract – Written Conversion Agreement - (CACI No. 303)** | 30 |
| **Breach of the Implied Covenant of Good Faith and Fair Dealing (CACI No. 325)** | 32 |
| **Fraud  (Intentional  Misrepresentation)  (CACI  No. 1900)** | 34 |

| Punitive Damages (Fraud Only) (CACI No. 3940) | 35 |
|---|---|
| Total and Offset (CACI No. 3900) | 36 |

**VF-300. Breach of Contract**

We answer the questions submitted to us as follows:

1.    Did [name of plaintiff] and [name of defendant] enter into a contract?
        _____ Yes        _____ No

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2.    Did Plaintiff do all, or substantially all, of the significant things that the contract required them to do?
        _____ Yes        _____ No

If your answer to question 2 is yes, skip question 3, and answer question 4. If you answered no, answer question 3 if excuse is at issue/stop here, answer no further questions, and have the presiding juror sign and date this form.

3.    Was Plaintiff excused from having to do all, or substantially all, of the significant things that the contract required them to do?
        _____ Yes        _____ No

If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

4.    Did all the conditions that were required for Defendants' performance occur?

_____ Yes          _____ No


If your answer to question 4 is yes, skip question 5, and answer question 6. If you answered no, answer question 5 if waiver or excuse is at issue/stop here, answer no further questions, and have the presiding juror sign and date this form.


5.    Were the required conditions that did not occur excused/waived?

_____ Yes          _____No


If your answer to question 5 is yes, then answer question 6. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.


6.    Did Defendants fail to do something that the contract required them to do?

_____Yes          _____ No

or

Did Defendants do something that the contract prohibited them from doing?

_____Yes          _____ No


If your answer to either option for question 6 is yes, then answer question 7. If you answered no to both options, stop here, answer no further questions, and have the presiding juror sign and date this form.


7.    Was [name of plaintiff] harmed by [name of defendant]'s breach of contract?

_____Yes          _____ No

**JOINT VERDICT FORM**

If your answer to question 7 is yes, then answer question 8. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

8.    What are Plaintiff's damages?

a.    Past economic loss $ _____

b.    Future economic loss $ _____

TOTAL $ _____

Signed:    _____

Presiding Juror

Dated:    _____

After this verdict form has/all verdict forms have been signed, notify the clerk/bailiff/court attendant that you are ready to present your verdict in the courtroom.

**JOINT VERDICT FORM**

**VF-303. Breach of Contract—Contract Formation at Issue**

We answer the questions submitted to us as follows:

    1.    Were the contract terms clear enough so that the parties could understand what each was required to do?

          \_\_\_\_\_Yes       _____ No

    If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

    2.    Did the parties agree to give each other something of value?

          \_\_\_\_\_Yes       _____ No

    If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

    3.    Did the parties agree to the terms of the contract?

          \_\_\_\_\_Yes       _____ No

    If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

    4.    Did Plaintiff do all, or substantially all, of the significant things that the contract required them to do?

_____Yes          _____ No


If your answer to question 4 is yes, skip question 5 and answer question 6. If you answered no, answer question 5 if excuse is at issue/stop here, answer no further questions, and have the presiding juror sign and date the form.


5.    Was Plaintiff excused from having to do all, or substantially all, of the significant things that the contract required them to do?

_____Yes          _____ No


If your answer to question 5 is yes, then answer question 6. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.


6.    Did all the conditions that were required for Defendants' performance occur?

_____Yes          _____ No


If your answer to question 6 is yes, skip question 7 and answer question 8. If you answered no, answer question 7 if excuse or waiver is at issue/stop here, answer no further questions, and have the presiding juror sign and date this form.


7.    Were the required conditions that did not occur excused/waived?

_____Yes          _____ No


If your answer to question 7 is yes, then answer question 8. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

**JOINT VERDICT FORM**

8.      Did Defendants fail to do something that the contract required them to do?

_____Yes         _____ No

or

Did Defendants do something that the contract prohibited them from doing?

_____Yes         _____ No

If your answer to either option for] question 8 is yes, then answer question 9. If you answered no to both options, stop here, answer no further questions, and have the presiding juror sign and date this form.

9.      Was Plaintiff harmed by Defendants' breach of contract?

_____Yes         _____ No

If your answer to question 9 is yes, then answer question 10. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

10.     What are Plaintiff's damages?

a.      Past economic loss $ _____

b.      Future economic loss $ _____

TOTAL $ _____

Signed: _____

Presiding Juror

Dated: _____

After this verdict form has/all verdict forms have been signed, notify the clerk/bailiff/court attendant that you are ready to present your verdict in the courtroom.

**JOINT VERDICT FORM**

**VF-304.    Breach    of    Implied    Covenant    of    Good    Faith    and    Fair    Dealing**

We answer the questions submitted to us as follows:

     1.     Did [name of plaintiff] and [name of defendant] enter into a contract?

     _____Yes     _____No

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

     2.     Did Plaintiff do all, or substantially all, of the significant things that the contract required them to do?

     _____Yes     _____No

If your answer to question 2 is yes, skip question 3 and answer question 4. If you answered no, answer question 3 if excuse is at issue/stop here, answer no further questions, and have the presiding juror sign and date this form.

     3.     Was Plaintiff excused from having to do all, or substantially all, of the significant things that the contract required them to do?

     _____Yes     _____No

If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

4.      Did all the conditions that were required for Defendants' performance occur?

_____Yes          _____ No


If your answer to question 4 is yes, skip question 5 and answer question 6. If you answered no, answer question 5 if waiver or excuse is at issue/stop here, answer no further questions, and have the presiding juror sign and date this form.


5.      Were the required conditions that did not occur excused/waived?

_____Yes          _____ No


If your answer to question 5 is yes, then answer question 6. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.


6.      Did Defendants unfairly interfere with Plaintiff's right to receive the benefits of the contract?

_____Yes          _____ No


If your answer to question 6 is yes, then answer question 7. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.


7.      Was Plaintiff harmed by Defendants' interference?

_____Yes          _____ No

---

**JOINT VERDICT FORM**

If your answer to question 7 is yes, then answer question 8. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

8.      What are Plaintiff's damages?

a.      Past economic loss $ _____

b.      Future economic loss $ _____

TOTAL $ _____

Signed: _____

      Presiding Juror

Dated: _____

After this verdict form has/all verdict forms have been signed, notify the clerk/bailiff/court attendant that you are ready to present your verdict in the courtroom.

---

14

**JOINT VERDICT FORM**

**VF-1900. Intentional Misrepresentation**

We answer the questions submitted to us as follows:

    1.    Did Defendants make a false representation of fact[s] to Plaintiff?

          \_\_\_\_\_Yes        _____No

    If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

    2.    Did Defendants know that the representation was false, or did they make the representation recklessly and without regard for its truth?

          \_\_\_\_\_Yes        _____No

    If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

    3.    Did Defendants intend that Plaintiff rely on the representation?

          \_\_\_\_\_Yes        _____No

    If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

    4.    Did Plaintiff reasonably rely on the representation?

          \_\_\_\_\_Yes        _____No

**JOINT VERDICT FORM**

If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

5.      Was Plaintiff's reliance on Defendants' representation a substantial factor in causing harm to Plaintiff?

_____Yes        _____ No

If your answer to question 5 is yes, then answer question 6. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

6.      What are Plaintiff's damages?

a. Past economic loss

lost earnings $ _____

lost profits $ _____

other past economic loss $ _____

Total Past Economic Damages: $ _____

b. Future economic loss

lost earnings $ _____

lost profits $ _____

other future economic loss $ _____

Total Future Economic Damages: $ _____

c. Past noneconomic loss, including [physical pain/mental suffering:

$_____

d. Future noneconomic loss, including [physical pain/mental suffering:

$ _____

TOTAL $ _____

Signed: _____

Presiding Juror

Dated: _____

After this verdict form has/all verdict forms have been signed, notify the clerk/bailiff/court attendant that you are ready to present your verdict in the courtroom.

**VF-1902. False Promise**

We answer the questions submitted to us as follows:

1.    Did Defendants make a promise to Plaintiff?

        _____Yes        _____ No

    If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2.    Did Defendants intend to perform this promise when they made it?

        _____Yes        _____ No

    If your answer to question 2 is no, then answer question 3. If you answered yes, stop here, answer no further questions, and have the presiding juror sign and date this form.

3.    Did Defendants intend that Plaintiff rely on this promise?

        _____Yes        _____ No

    If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

4.    Did Plaintiff reasonably rely on this promise?

        _____Yes        _____ No

If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

5.     Did Defendants perform the promised act?

_____Yes          _____ No

If your answer to question 5 is no, then answer question 6. If you answered yes, stop here, answer no further questions, and have the presiding juror sign and date this form.

6.     Was Plaintiff's reliance on Defendants' promise a substantial factor in causing harm to Plaintiff?

_____Yes          _____ No

If your answer to question 6 is yes, then answer question 7. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

7.     What are Plaintiff's damages?

   a. Past economic loss

      lost earnings $ _____

      lost profits $ _____

      other past economic loss $ _____

      Total Past Economic Damages: $ _____

   b. Future economic loss

      lost earnings $ _____

**JOINT VERDICT FORM**

lost profits $ _____

other future economic loss $ _____

Total Future Economic Damages: $ _____


c. Past noneconomic loss, including [physical pain/mental suffering:

$ _____

d. Future noneconomic loss, including [physical pain/mental suffering:

$ _____

TOTAL $ _____


Signed: _____

        Presiding Juror


Dated: _____


    After this verdict form has/all verdict forms have been signed, notify the clerk/bailiff/court attendant that you are ready to present your verdict in the courtroom.

**JOINT VERDICT FORM**

**VF-2100. Conversion**

We answer the questions submitted to us as follows:

      1.     Did Plaintiff  own/possess/have a right to possess a 2017 Bentley Mulsanne

         \_\_\_\_\_Yes       _____ No

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

      2.     Did Defendants substantially interfere with Plaintiff's property by knowingly or intentionally taking possession of/preventing Plaintiff from having access to the 2017 Bentley Mulsanne/refusing to return Plaintiff's 2017 Bentley Mulsanne after Plaintiff demanded its return?

         \_\_\_\_\_Yes       _____ No

If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

      3.     Did Plaintiff consent?

         \_\_\_\_\_Yes       _____ No

If your answer to question 3 is no, then answer question 4. If you answered yes, stop here, answer no further questions, and have the presiding juror sign and date this form.

    4.      Was Plaintiff harmed?

          \_\_\_\_\_Yes       _____ No

If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

    5.      Was Defendants' conduct a substantial factor in causing Plaintiff's harm?

          \_\_\_\_\_Yes       _____ No

If your answer to question 5 is yes, then answer question 6. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

    6.      What are Plaintiff's damages?

          TOTAL $ _____

Signed: _____

       Presiding Juror

Dated: _____

After this verdict form has/all verdict forms have been signed, notify the clerk/bailiff/court attendant that you are ready to present your verdict in the courtroom.

22

**Joint Verdict Form**

**VF-2202.    Intentional    Interference    With    Prospective    Economic    Relations**

We answer the questions submitted to us as follows:

     1.    Did Plaintiff and Refined Marques have an economic relationship that probably would have resulted in an economic benefit to Plaintiff?

           _____Yes       _____ No

     If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

     2.    Did Defendants know of the relationship?

           _____Yes       _____ No

     If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

     3.    Did Defendants engage in act of dominion over the property of another, depriving possession of property from the rightful possessor: Plaintiff.

           _____Yes       _____ No

     If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

4.     By engaging in this conduct, did Defendants intend to disrupt the relationship/know that disruption of the relationship was certain or substantially certain to occur?

_____Yes        _____ No

If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

5.     Was the relationship disrupted?

_____Yes        _____ No

If your answer to question 5 is yes, then answer question 6. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

6.     Was Defendants' conduct a substantial factor in causing harm to Plaintiff?

_____Yes        _____ No

If your answer to question 6 is yes, then answer question 7. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

7.     What are Plaintiff's damages?

a. Past economic loss

lost earnings $ _____

lost profits $ _____

other past economic loss $ _____

**JOINT VERDICT FORM**

Total Past Economic Damages: $ _____

     b. Future economic loss

         lost earnings $ _____

         lost profits $ _____

         other future economic loss $ _____

         Total Future Economic Damages: $ _____

     c. Past noneconomic loss, including [physical pain/mental suffering:

     $ _____

     d. Future noneconomic loss, including [physical pain/mental suffering:

     $ _____

                TOTAL $ _____

Signed: _____

     Presiding Juror

Dated: _____

    After this verdict form has/all verdict forms have been signed, notify the clerk/bailiff/court attendant that you are ready to present your verdict in the courtroom.

**JOINT VERDICT FORM**

**Violation of California Business and Professions Code §§ 17200, *et seq*.**

We answer the questions submitted to us as follows:

    1.    Did the Defendants engage in an unlawful, unfair, or fraudulent business act or practice?

          \_\_\_\_\_ Yes \_\_\_\_\_ No

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

    2.    Was the business act or practice likely to deceive members of the public?

          \_\_\_\_\_ Yes \_\_\_\_\_ No

If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

    3.    Did the business act or practice cause harm to Plaintiff?

          \_\_\_\_\_ Yes \_\_\_\_\_ No

If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

    4.    What amount, if any, is Plaintiff entitled to recover as restitution?

          $ _____

**JOINT VERDICT FORM**

Signed:    _____

         Presiding Juror

Dated:    _____

      After this verdict form has/all verdict forms have been signed, notify the clerk/bailiff/court attendant that you are ready to present your verdict in the courtroom.

**JOINT VERDICT FORM**

**Violation of California Business and Professions Code §§ 17500, *et seq*.**

We answer the questions submitted to us as follows:

    1.     Did the Defendants make or disseminate a statement concerning real or personal property or services that was untrue or misleading?

        \_\_\_\_\_ Yes \_\_\_\_\_ No

    If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

    2.     Did the Defendants know, or should they reasonably have known, that the statement was untrue or misleading?

        \_\_\_\_\_ Yes \_\_\_\_\_ No

    If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

    3.     Was the untrue or misleading statement likely to deceive members of the public?

        \_\_\_\_\_ Yes \_\_\_\_\_ No

    If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

**JOINT VERDICT FORM**

4.      Did the untrue or misleading statement cause harm to Plaintiff?

      _____ Yes _____ No

      If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

      5.      What amount, if any, is Plaintiff entitled to recover as restitution?

      $ _____

Signed: _____

      Presiding Juror

Dated: _____

      After this verdict form has/all verdict forms have been signed, notify the clerk/bailiff/court attendant that you are ready to present your verdict in the courtroom.

**JOINT VERDICT FORM**

**Breach of Contract – Written Conversion Agreement - (CACI No. 303)**

We answer the questions submitted to us as follows:

1.      Did Defendant Newport Specialty Cars, Inc. ("NSC") and Plaintiff Ahmed Al Bakry enter into a written conversion agreement for the design and construction of the Bentley vehicle?

_____ Yes _____ No

If you answered No, stop here, answer no further questions in this counterclaim, and proceed to Counterclaim Two.

2.      Did NSC do all, or substantially all, of the significant things required of it under the written conversion agreement, or was NSC excused from doing so?

_____ Yes _____ No

If you answered No, stop here and proceed to Counterclaim Two.

3.      Did Plaintiff Ahmed Al Bakry fail to do something required under the written conversion agreement, including payment of amounts due?

_____ Yes _____ No

If you answered No, stop here and proceed to Counterclaim Two.

4.      Was NSC harmed by Plaintiff Ahmed Al Bakry's breach of the written conversion agreement?

_____ Yes _____ No

If you answered No, skip Question No. 5 and proceed to Counterclaim Two.

5.    What amount of damages, if any, did NSC prove by a preponderance of the evidence were caused by Plaintiff's breach of the written conversion agreement?

$ _____

(If none, write "0")

**Joint Verdict Form**

**Breach of the Implied Covenant of Good Faith and Fair Dealing (CACI No. 325)**

1.     Were NSC and Plaintiff Ahmed Al Bakry parties to one or more valid contracts?

_____ Yes _____ No

If you answered No, stop here and proceed to Counterclaim Four.

2.     Did NSC do all, or substantially all, of the significant things required of it under the contracts, or was NSC excused from doing so?

_____ Yes _____ No

If you answered No, stop here and proceed to Counterclaim Four.

3.     Did Plaintiff Ahmed Al Bakry unfairly interfere with NSC's right to receive the benefits of the contracts by acting in bad faith?

_____ Yes _____ No

If you answered No, stop here and proceed to Counterclaim Four.

4.     Was NSC harmed by Plaintiff Ahmed Al Bakry's conduct?

_____ Yes _____ No

If you answered No, skip Question No. 15 and proceed to Counterclaim Four.

5.     What amount of damages, if any, did NSC prove by a preponderance of the evidence were caused by Plaintiff's breach of the implied covenant of good faith and fair dealing?

**JOINT VERDICT FORM**

$ _____

(If none, write "0")

**JOINT VERDICT FORM**

**Fraud (Intentional Misrepresentation) (CACI No. 1900)**

1.    Did Plaintiff Ahmed Al Bakry represent to NSC that he would promote NSC's conversion business and refer at least ten Bentley Mulsanne clients?

_____ Yes _____ No

If you answered No, stop here and proceed to the Damages section.

2.    Was that representation false?

_____ Yes _____ No

3.    Did Plaintiff Ahmed Al Bakry know the representation was false or make it recklessly without regard for the truth?

_____ Yes _____ No

4.    Did Plaintiff intend that NSC rely on the representation?

_____ Yes _____ No

5.    Did NSC reasonably rely on Plaintiff's representation?

_____ Yes _____ No

6.    Was NSC harmed as a result of relying on Plaintiff's representation?

_____ Yes _____ No

7.    What amount of compensatory damages, if any, did NSC prove by a preponderance of the evidence were caused by Plaintiff's fraud?

$ _____

(If none, write "0")

**JOINT VERDICT FORM**

**Punitive Damages (Fraud Only) (CACI No. 3940)**

    1.    Did NSC prove by clear and convincing evidence that Plaintiff Ahmed Al Bakry engaged in fraud, malice, or oppression?

        _____ Yes _____ No

    If you answered No, skip Question No. 24

    2.    What amount of punitive damages, if any, do you award against Plaintiff Ahmed Al Bakry?

        $ _____

**JOINT VERDICT FORM**

**Total and Offset (CACI No. 3900)**

    1.    State the total compensatory damages awarded to NSC on its counterclaims (do not duplicate amounts):

        $ _____

    If you awarded compensatory damages to Plaintiff Ahmed Al Bakry on any claim, state that amount:

        $ _____

    2.    After offsetting damages, what is the net amount awarded to NSC, if any?

        $ _____

DATED: _____

PRESIDING JUROR: _____

PROPOSED JURY INSTRUCTIONS

Date: January 8, 2026

Respectfully submitted,

**BERSTEIN LAW, PC**

_David A. Berstein_

David A. Berstein
J.R. Dimuzio
Kia Mojabe
Attorneys for Plaintiff and Counter-Defendant Ahmed Al Bakry

Date: January 8, 2026

Respectfully submitted,
**JAZMYNE D. ALVERSON
LAW OFFICE, PC**

/s/ Jazmyne D. Alverson

Jazmyne D. Alverson
Attorney for Defendants

Date: January 8, 2026

Respectfully submitted,
**RODRIGUEZ LAW GROUP, INC.**

/s/ Patricia Rodriguez

Patricia Rodriguez
Attorney for Defendants

## <u>DECLARATION OF ELECTRONIC SERVICE</u>

**Central District of California Case No. 8:20-cv-01383-JFW (KESx)**

Service of the attached document was accomplished pursuant to Central District of California, Order Authorizing Electronic Filing, General Order No. 08-03 and Local Rule 5-3.2.1, which provides: "Upon the electronic filing of a document, a 'Notice of Electronic Filing' ("NEF") will be automatically generated by the CM/ECF system and sent by e-mail to: (1) all attorneys who have appeared in the case in this Court and (2) all pro se parties who have been granted leave to file documents electronically in the case pursuant to L.R. 5-4.1.1 or who have appeared in the case and are registered to receive service through the CM/ECF System pursuant to L.R. 5-3.2.2. Unless service is governed by F.R. Civ.P. 4 or L.R. 79-5.3, service with this electronic NEF will constitute service pursuant to the Federal Rules of Civil and Criminal Procedure, and the NEF itself will constitute proof of service for individuals so served".

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on <u>January 8, 2026</u>, at Newport Beach, California.

By: /s/ *David A. Berstein*
David A. Berstein

---

1

**DECLARATION OF ELECTRONIC SERVICE**