JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

**BERSTEIN LAW, PC**
4000 MACARTHUR BOULEVARD, SUITE 600 EAST TOWER
NEWPORT BEACH, CALIFORNIA 92660

AHMED AL BAKRY, an individual,

   Plaintiff,

v.

AL H. ZADEH, an individual; NEWPORT SPECIALTY CARS INC., a California corporation; MEGA ENGINEERING VEHICLES, Inc., a California corporation; NEWPORT CONVERTIBLE ENGINEERING INC., a California corporation; and DOES 1 – 10,

   Defendants.

---

NSC NEWPORT SPECIALTY CARS INC.,

   Counterclaimant,

v.

AHMED AL BAKRY

   Counter-Defendant.

Case No.: 8:20-cv-01383-JFW (KESx)

Assigned to: Honorable John F. Walter
Magistrate Judge Karen E. Scott

**JUDGMENT**

**JUDGMENT**

**TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:**

This action came on regularly for jury trial before the Honorable John F. Walter, United States District Judge, commencing on Tuesday, February 10, 2026. Plaintiff Ahmed Al Bakry appeared through counsel, David A. Berstein, Berstein Law, P.C., and Defendants Al H. Zadeh and Newport Specialty Cars, Inc., appeared through counsel, Jazmyne D. Alverson, Jazmyne D. Alverson Law Office, P.C., and Patricia Renee Rodriguez, Rodriguez Law Group, Inc.

On February 12, 2026, the jury returned its verdict as follows:

1. On the claim for Breach of Contract, the jury found in favor of Plaintiff Ahmed Al Bakry and against Defendant Newport Specialty Cars, Inc., and awarded damages in the amount of two million, one hundred thousand dollars ($2,100,000.00 USD).

2. On the claim for Fraud against Defendant Newport Specialty Cars, Inc., the jury found in favor of Defendant Newport Specialty Cars, Inc.

3. On the claim for Fraud against Defendant Al H. Zadeh, the jury found in favor of Defendant Al H. Zadeh.

4. On the claim for Conversion against Defendant Newport Specialty Cars, Inc., the jury found in favor of Defendant Newport Specialty Cars, Inc.

5. On the claim for Conversion against Defendant Al H. Zadeh, the jury found in favor of Defendant Al H. Zadeh.

6. On the counterclaim for Breach of Contract, the jury found in favor of Counter-Defendant Ahmed Al Bakry.

7. On the counterclaim for Breach of the Implied Covenant of Good Faith and Fair Dealing, the jury found in favor of Counter-Defendant Ahmed Al Bakry.

4000 MACARTHUR BOULEVARD, SUITE 600 EAST TOWER
NEWPORT BEACH, CALIFORNIA 92660

2
**JUDGMENT**

On February 12, 2026, the Court made the following ruling:

8.    The Court granted a Federal Rule of Civil Procedure Rule 50 motion in favor of Defendant Newport Specialty Cars, Inc., and Defendant Al H. Zadeh and against Plaintiff Ahmed Al Bakry on Plaintiff Ahmed Al Bakry's claim for Intentional Interference with an Economic Advantage.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1.    Judgment is entered in favor of Plaintiff Ahmed Al Bakry and against Defendant Newport Specialty Cars, Inc., in the total amount of two million one hundred thousand dollars ($2,100,000.00 USD) for Breach of Contract.

2.    Plaintiff Ahmed Al Bakry shall recover post-judgment interest at the rate provided by 28 U.S.C. § 1961 from the date of entry of this Judgment until paid.

DATED: February 23, 2026

_____
HONORABLE JOHN F. WALTER
United States District Judge

**BERSTEIN LAW, PC**
4000 MACARTHUR BOULEVARD, SUITE 600 EAST TOWER
NEWPORT BEACH, CALIFORNIA 92660

3

**JUDGMENT**